**Cleven Lewis ROBERSON, Plaintiff–Appellant,**

v.

**Jo Anne BARNHART, Commissioner, Social Security Administration, Defendant–Appellee.**

No. 03–1275.

United States Court of Appeals, Fourth Circuit.

Submitted July 24, 2003.

Decided July 29, 2003.

Cleven Lewis Roberson, Appellant Pro Se. John Walter Sippel, Jr., Office of the United States Attorney, Baltimore, Maryland; Charlene Patricia Bellinger–Honig, Social Security administration, Baltimore, Maryland, for Appellee.

Before MICHAEL and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Cleven Lewis Roberson appeals the district court's order accepting the magistrate judge's recommendation to dismiss Roberson's complaint regarding social security benefits for failure to exhaust administrative remedies. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Roberson v. Barnhart,* No. CA–02–2108–MJG (D.Md. filed Feb. 12, 2003 & entered Feb. 13, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*